NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GLORIA GONZALEZ,                             )
                                             )
          Petitioner,                        )
                                             )
v.                                           )          Case No.  2D18-4545
                                             )
MIDLAND FUNDING LLC, Assignee of             )
CITIBANK, N.A./SEARS MASTERCARD,             )
                                             )
          Respondent.                        )
_____)

Opinion filed May 17, 2019.

Petition for Writ of Certiorari to the Circuit
Court for the Thirteenth Judicial Circuit for
Hillsborough County; sitting in its appellate
capacity.

Jennifer Erin Jones of McIntyre
Thanasides Bringgold Elliott Grimaldi
Guito & Matthews, P.A., Tampa, for
Petitioner.

Jamie A. Cummings and Michael A. Gold
of Walters Levine & Lozano, Tampa, for
Respondent.


PER CURIAM.

          Denied.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.